UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1729

JACQUELYN S. CRUTE,

Plaintiff - Appellant,

versus

SECRETARY, DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (CA-94-128-5-V)

Submitted: December 14, 1999          Decided: January 7, 2000

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Samuel F. Furgiuele, Jr., Boone, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Joseph L. Brinkley, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jacquelyn S. Crute appeals the district court's order affirming the magistrate judge, which affirmed the Commissioner's denial of her disability insurance benefits. We have reviewed the briefs and the administrative record, and find that substantial evidence supports the Administrative Law Judge's decision denying benefits. Accordingly, we affirm on the reasoning of the district court. See Crute v. Secretary, HHS, No. CA-94-128-5-V (W.D.N.C. March 23, 1999).[*] We dispense with oral argument because the facts and legal contentions are not adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's judgment is marked as "filed" on March 22, 1999, the district court's records show that it was entered on the docket sheet on March 23, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, we take the date that the judgment was entered on the docket sheet as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).

2